IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| HASHEEM BOUDJERADA; DAMON COCHRAN-SALINAS; ERIN GRADY; TYLER HENDRY; and KIRTIS RANESBOTTOM, | Case No. 6:20 cv 01265-MK<br>**ORDER** |
| Plaintiffs, | |
| v. | |
| CITY OF EUGENE; SARAH MEDARY; WILLIAM SOLESBEE; SAMUEL STOTTS; BO RANKIN; TRAVIS PALKI; MICHAEL CASEY; RYAN UNDERWOOD; CRAIG WRIGHT; CHARLES SALSBURY; and CHIEF CHRIS SKINNER, | |
| Defendants. | |

Magistrate Judge Mustafa Kasubhai filed Findings and Recommendation ("F&R") (doc. 187) on May 24, 2023. The matter is now before me. *See* 28 U.S.C. § 636(b); Fed. R. Civ. P. 72. No objections have been timely filed. Although this relieves me of my obligation to perform a *de novo* review, I retain the obligation to "make an informed, final determination." *Britt v. Simi Valley Unified Sch. Dist.*, 708

F.2d 452, 454 (9th Cir. 1983), *overruled on other grounds*, *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121–22 (9th Cir. 2003) (en banc).  The Magistrates Act does not specify a standard of review in cases where no objections are filed.  *Ray v. Astrue*, 2012 WL 1598239, *1 (D. Or. May 7, 2012).  Following the recommendation of the Rules Advisory Committee, I review the F&R for "clear error on the face of the record[.]"  Fed. R. Civ. P. 72 advisory committee's note (1983) (citing *Campbell v. United States District Court*, 501 F.2d 196, 206 (9th Cir. 1974)); *see also United States v. Vonn*, 535 U.S. 55, 64 n.6 (2002) (stating that, "[i]n the absence of a clear legislative mandate, the Advisory Committee Notes provide a reliable source of insight into the meaning of" a federal rule).  Having reviewed the file of this case, I find no clear error.

THEREFORE, IT IS HEREBY ORDERED that I ADOPT Judge Mustafa Kasubhai's F&R (doc. 187).  Plaintiffs' Motion for Partial Summary Judgment, ECF No. 98, is GRANTED in part and DENIED in part as set forth in the F&R.

Dated the 8th day of June, 2023.

                                                   /s/Ann Aiken
                                                     Ann Aiken
                                       United States District Judge