Lauren C. Regan, OSB # 970878
Email: lregan@cldc.org
Marianne Dugan, OSB # 932563
Email:  mdugan@cldc.org
CIVIL LIBERTIES DEFENSE CENTER
1430 Willamette Street, #359
Eugene, OR  97402
Telephone:  541.687.9180
Fax: 541.804.7391

    Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

HASHEEM BOUDJERADA; DAMON COCHRAN-SALINAS; ERIN GRADY; TYLER HENDRY; and KIRTIS RANESBOTTOM,

                    Plaintiffs,

        v.

CITY OF EUGENE; SARAH MEDARY; WILLIAM SOLESBEE; SAMUEL STOTTS; BO RANKIN; TRAVIS PALKI; MICHAEL CASEY; RYAN UNDERWOOD; CRAIG WRIGHT; CHARLES SALSBURY; and CHIEF CHRIS SKINNER,

                    Defendants.

Case No. 6:20-cv-1265-MK

DECLARATION OF MARIANNE DUGAN IN SUPPORT OF RESPONSE TO DEFENDANT CHIEF CHRIS SKINNER'S MOTION FOR SUMMARY JUDGMENT

1.      I am one of the attorneys for the plaintiffs in this case. I make the statements in this declaration based upon my personal knowledge. I am competent to testify to the matters stated herein.

2.      Attached are the following Exhibits referred to in Plaintiffs' Response to Defendant Skinner's Motion for Summary Judgment:

    Exhibit 1 - Medary Deposition Transcript

Exhibit 2 - Administrative Order No. 21-20-10

Exhibit 3 - Underwood Deposition Transcript

Exhibit 4 - Administrative Order No. 21-20-11

Exhibit 5 - First Cochran-Salinas Deposition Transcript

Exhibit 8 - First Boudjerada Deposition Transcript

Exhibit 9 - Stotts Deposition Transcript

Exhibit 10 - First Ranesbottom Deposition Transcript

Exhibit 11 - First Grady Deposition Transcript

Exhibit 12 - Ranesbottom Declaration

Exhibit 13 - Hendry First Declaration

3.      I will be separately filing the following exhibits:

Exhibit 6 - Klinko Deposition Transcript – portions will be filed under seal because they were agreed as confidential during the deposition; portions will be filed not under seal.

Exhibit 7 - Skinner Deposition Transcript – portions will be filed under seal because they were agreed as confidential during the deposition; portions will be filed not under seal.

Exhibit 14 – EPD radio traffic recording – to be submitted via flash drive – File name is EPD CH4.053120 20-00-17 TO 23-59-40

Exhibit 15 -- Stotts bodycam recording – to be submitted via flash drive -- File name BWC: INFORMATION-_BOTH_PD_AND_FD___STOTTS_SAMUEL 2___053120_11_57_47.mp4

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the

United States of America that the foregoing is true and correct.

Executed August 15, 2025, at Eugene, Oregon.

                                    ____/s/ Marianne Dugan_____
                                    Marianne Dugan