ADMINISTRATIVE ORDER NO. 21-20-11
of the
City Manager of the City of Eugene, Oregon

EXPANDING CITYWIDE THE CURFEW ESTABLISEHD BY ADMINISTRATIVE ORDER NO. 21-20-10 AS AUTHORIZED BY SECTION 2.1055(4)(f) OF THE EUGENE CODE, 1971 AND ADMINISTRATIVE ORDER NO. 21-20-09.

The City Manager Pro Tem of the City of Eugene finds that:

**A.** Section 2.1055 of the Eugene Code, 1971 ("EC"), provides that the City Manager may declare a state of emergency when an emergency requires a coordinated response beyond that which occurs routinely, the required response is not achievable solely with the added resources acquired through mutual aid or cooperative assistance agreements, and the emergency consists of a Level 3 emergency under the city's emergency management plan.

**B.** Based on the findings set forth in Administrative Order No. 21-20-09, which are incorporated herein by this reference, at 4:00 p.m. on Saturday, May 30, 2020, the City Manager Pro Tem executed Administrative Order No. 21-20-09 declaring a state of emergency within the City of Eugene.

**C.** EC 2.1055(4) provides that "[u]pon the declaration of a state of emergency, in addition to other powers granted to the city manager elsewhere in this code or the city charter, the city manager may: . . . .(f) Establish a curfew for the designated emergency area which fixes the hours during which all persons other than official authorized personnel may not be upon the public streets or other public spaces."

**D.** In order to preserve the safety of the public and prevent a reoccurrence of the violence and destruction described in Paragraphs B and C of Administrative Order No. 21-20-09, at 4:00 p.m. on May 31, 2020, the City Manager Pro Tem executed Administrative Order No. 21-20-10 establishing a curfew for the area from High Street to Monroe Street and from 14th Avenue to 4th Avenue starting at 9 p.m. on Sunday, May 31, 2020, and ending at 6 a.m. on Monday, June 1, 2020. Expansion of the curfew citywide is necessary to preserve the safety of the public and prevent the reoccurrence of the violence and destruction described in Paragraphs B and C of Administrative Order No. 21-20-09.

**NOW, THEREFORE, based upon the above findings, I order that:**

<u>Section 1</u>.  The curfew established by Administrative Order No. 21-20-10 is expanded citywide starting at 11:00 p.m. and ending at 6 a.m. on Monday, June 1, 2020. During the hours of the curfew, except as provided in Section 2, people are not allowed to travel on any public street or in any public place in that area. Prohibited travel includes automobile, bicycle, foot, public transit and any other mode of personal transportation.

**Section 2**.    The curfew does not apply to credentialed members of the media or to people seeking emergency care, fleeing dangerous circumstances, sheltering in place, traveling to and from employment, or making commercial deliveries.

**Section 3**.    Notice of this action shall be provided to the City Council.

Dated and effective ___10:49___, this ___31st___ day of May, 2020.

_____
Sarah Medary
City Manager Pro Tem

Administrative Order - Page 2 of 2