
**Ben Miller, OSB #074690**
BMiller@eugene-or.gov
Eugene City Attorney's Office
500 East 4th Avenue, Suite 301
Eugene, OR 97401
Telephone: (541) 682-8447
Facsimile:  (541) 682-5414

Of Attorneys for Defendants City of Eugene,
Sarah Medary, Samuel Stotts, Bo Rankin,
William Solesbee, Travis Palki,
Michael Casey, Craig Wright,
Charles Salsbury, Chief Chris Skinner,
and Ryan Underwood

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| HASHEEM BOUDJERADA, DAMON COCHRAN-SALINAS, ERIN GRADY, TYLER HENDRY, and KIRTIS RANESBOTTOM, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF EUGENE, SARAH MEDARY, SAMUEL STOTTS, BO RANKIN, WILLIAM SOLESBEE, TRAVIS PALKI, MICHAEL CASEY, CRAIG WRIGHT, CHARLES SALSBURY, CHIEF CHRIS SKINNER, AND RYAN UNDERWOOD, <br><br> Defendants. | Case No: 6:20-cv-01265-MK <br><br> **UNOPPOSED MOTION FOR EXTENSION OF TIME** |

### LR 7-1(a) CERTIFICATION

Counsel for defendants certifies he conferred with plaintiffs' attorney Marianne Dugan regarding the deadline set forth below, and counsel does not oppose extending the deadline.

### MOTION

Defendants move the Court to extend the deadline to reply to plaintiffs' response to Chief Skinner's motion for summary judgment from August 29, 2025, to September 12, 2025.

PAGE 1 – UNOPPOSED MOTION FOR EXTENSION OF TIME

This extension is needed because of the press of other business. Specifically, last week defendants' counsel completed a series of pretrial filings in the two cases *Rodrigues/Rodriguez* listed below. This week defense counsel is completing the pretrial filings in *Estate of Eliborio Rodrigues v. City of Eugene*, 6:21-cv-01715-MK, and will participate in the pretrial conference in that case on September 2, 2025. Counsel for defendants is also reviewing last week's pretrial filings and preparing responses to objections in *Edgar Rodriguez v. City of Eugene, et al.,* 6:18-cv-01640-AA – a case before this Court – and will participate in a pretrial conference on that case on September 4, 2025. In between defense counsel is putting on legal/legislative update training on September 3, 2025, for the Eugene Police Department and coordinating with outside counsel on numerous cases where the City is a party to challenging federal grant conditions. Finally, counsel for defendants is deposing the plaintiff in another civil rights case, *Hawkins v. City of Eugene*, 6:24-cv-00951-JR on August 26, 2025, and has tentatively scheduled the deposition of the plaintiff in another civil rights case, *Poelmann v. City of Eugene, et al*. 6:24-cv-01966-MK for September 10, 2025.

Because the press of other business has made it impossible to prepare an adequate reply on time, defendants respectfully request this brief two-week extension.

DATED this 26th day of August, 2025.

        **CITY OF EUGENE**

By:    s/ Ben Miller
      Ben Miller, OSB #074690
      BMiller@eugene-or.gov
      Telephone:(541) 682-8447
      Facsimile: (541) 682-5414

Of Attorneys for Defendants City of Eugene, Sarah Medary, Samuel Stotts, Bo Rankin, William Solesbee, Travis Palki, Michael Casey, Craig Wright, Charles Salsbury, Chief Chris Skinner, and Ryan Underwood.

PAGE 2 – UNOPPOSED MOTION FOR EXTENSION OF TIME

## CERTIFICATE OF SERVICE

    I certify that on this 26th day of August, 2025, I served or caused to be served a true and complete copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME** on the party or parties listed below as follows:

    __X__    Via CM / ECF Filing

    _____    Via First Class Mail, Postage Prepaid

    _____    Via Email

    _____    Via Personal Delivery

Marianne Dugan
Lauren Regan
1430 Willamette Street, #359
Eugene, OR 97401

Attorneys for Plaintiffs

**CITY OF EUGENE**

By:   __s/ Ben Miller__
     Ben Miller, OSB #074690
     BMiller@eugene-or.gov
     Telephone: (541) 682-8447
     Facsimile:  (541) 682-5414

     Of Attorneys for Defendants City of Eugene, Sarah Medary, Samuel Stotts, Bo Rankin, William Solesbee, Travis Palki, Michael Casey, Craig Wright, Charles Salsbury, Chief Chris Skinner, and Ryan Underwood.